**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Cristian Amil Araniva Sandoval<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7051<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | _____<br>First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |

United States Bankruptcy Court   Eastern District of Virginia

Case number:   25-10322-BFK

## Discharge of Debtor

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Cristian Amil Araniva Sandoval

May 27, 2025

**For the court:**   Charri S Stewart
                    Clerk

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Eastern District of Virginia

In re:     Case No. 25-10322-BFK
Cristian Amil Araniva Sandoval     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: admin     Page 1 of 2
Date Rcvd: May 28, 2025     Form ID: 318     Total Noticed: 14

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cristian Amil Araniva Sandoval, 4004 Mapleton Dr., Chantilly, VA 20151-3424 |
| 16643854 | + | Alliance Physical Therapy, PO Box 744113, Atlanta, GA 30374-4113 |
| 16643855 | | DMV Orthopedics, P.O. Box 6256, Hermitage, PA 16148-0923 |
| 16643857 | | FFX County Fire and Rescue, Po Box 18008, Merrifield, VA 22118-0010 |
| 16643859 | + | Infinite Technologies, 10523 Main St., Fairfax, VA 22030-3310 |
| 16643862 | + | OrthoVirginia, Jamie Martin, 200 South 10th St 1600, Richmond, VA 23219-4061 |
| 16643863 | + | Reston Anesthesia Assoc., PC, 607 Herndon Parkway 101, Herndon, VA 20170-5477 |
| 16643865 | | Reston Radiology Consultants, P.C., 1850 Town Center Parkway, Reston, VA 20190-3219 |
| 16643866 | + | Urgent Specialty Associates PLLC, 1850 Town Center Parkway, Reston, VA 20190-3219 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16643856 | ^ | MEBN | May 29 2025 01:01:44 | Emergency Medicine Associates, c/o US Acute Care Solutions, 4535 Dressler Road NW, Canton, OH 44718-2545 |
| 16643858 | + | Email/Text: mail@gilliammikula.com | May 29 2025 01:01:00 | Gilliam & Mikula, 804 Moorefield Park Dr. 102, Richmond, VA 23236-3670 |
| 16643860 | | EDI: IRS.COM | May 29 2025 04:45:00 | Internal Revenue Service, c/o Centralized Insolvency Operation, Po Box 7346, Philadelphia, PA 19101-7346 |
| 16643861 | + | Email/Text: bankruptcy@nccva.com | May 29 2025 01:01:00 | Nationwide Credit Corporation, PO Box 9156, Alexandria, VA 22304-0156 |
| 16643864 | + | Email/PDF: HCABKNotifications@resurgent.com | May 29 2025 01:28:46 | Reston Hospital Center, 1850 Town Center Parkway, Reston, VA 20190-3298 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| District/off: 0422-9 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 28, 2025 | Form ID: 318 | Total Noticed: 14 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: May 30, 2025 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jeremy Calvin Huang | on behalf of Debtor Cristian Amil Araniva Sandoval jhuang214@gmail.com  jhuang@rowepllc.com |
| Kevin R. McCarthy | krm@mccarthywhite.com  kmccarthy@premierremote.com;DC07@ecfcbis.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 3